

# M E M O R A N D U M

**To:**  Honorable George A. O'Toole, U.S. District Judge
**cc:**  Andrew J. Laudate, Sr. U.S. Probation Officer, AUSA Holik and AFPD Byrne
Joseph LaFratta, Supervising U.S. Probation Officer
**From:**  Leo T. Sorokin, U.S. Magistrate Judge
**Re:**  **Mark Butler**
**Dkt. No.:** 05-CR-10037
**Notification of Positive Urinalysis**
**Date:**  August 3, 2010

**Mark Butler,** Docket No.: 05-CR-10037 has enrolled in the Court Assisted Recovery Effort (CARE). Pursuant to 18 U.S.C. § 3583 and the terms of the Court's approval of this program, I am notifying you that he tested positive on for the presence of Ampretamines on 6/21/10, and subsequently admitted to the use of unprescribed Amphetamines. This represents his first positive drug test since his beginning the CARE program and the second since the commencement of his current term of supervised release.

Title 18 U.S.C. § 3583(d) states:

> The court shall consider whether availability of appropriate substance abuse treatment programs, or an individual's current or past participation in such programs, warrants an exception in accordance with United States Sentencing Commission guidelines from the rule of section 3583(g) when considering any action against a defendant who fails a drug test.

The subject is an active participant of the Court Assisted Recovery Effort (CARE). This case and the positive drug test has been reviewed and addressed within CARE. Based on the foregoing, I recommend that the Court invoke its authority in section 3583(d), and allow the defendant to remain in CARE. The Probation Office concurs in this recommendation and neither party stated an objection to it during the CARE proceedings.

[ ]   I invoke my authority in section 3583(d), and allow the subject to remain in CARE.
[ ]   Other

---

Honorable George A. O'Toole
U.S. District Judge